UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

**LAURA SHABNAM JAVAD,**                              *          Case No. 25-10509-KHK
                                                                        *          Chapter 7

Debtor.                                                                     *

### NOTICE OF CONTINUED MEETING OF CREDITORS
### TO BE CONDUCTED IN PERSON

NOTICE IS HEREBY GIVEN that the meeting of creditors in this case has been continued to Friday, April 18, 2025, at 10 am. This meeting of creditors will be conducted in-person (i.e., not telephonically or remotely – the debtor and all interested parties must appear in person), at the Office of the U.S. Trustee, 1725 Duke Street, Suite 520, Alexandria, Virginia 22314.

                                                        */s/ Donald F. King*
                                                        **DONALD F. KING, TRUSTEE**
                                                        **1775 Wiehle Avenue, Suite 400**
                                                       **Reston, Virginia 20190**
                                                       **Direct:     703-218-2116**
                                                       **Fax:          703-218-2160**
                                                       **Email:      kingtrustee@ofplaw.com**

### CERTIFICATE OF SERVICE

     I certify that this Second Notice of Continued Meeting of Creditors was served of April 9, 2025, (i) electronically, via Notice of Electronic Filing, upon all registered users in this case, pursuant to this Court's CM/ECF policy, and (ii) by US Mail, postage prepaid, upon all persons identified on the attached Service List.

                                                        **/s/** *Donald F. King*
                                                       **DONALD F. KING**