ADJUDICATION SERVICES
PO BOX 2014
WASHINGTON DC 20013

AFFIRM INC
650 CALIFORNIA ST FL 12
SAN FRANCISCO CA 94108

ALACRITY COLLECTIONS CORPORATION
PO BOX 586
RIVA MD 21140-0586

BEST EGG
PO BOX 42912
PHILADELPHIA PA 19101

BEST EGG
PO BOX 3999
ST JOSEPH MO 64503-0999

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131

CARMAX AUTO FINANCE
225 CHASTAIN MEADOWS COURT SUITE 200
KENNESAW GA 30144

CHARLES AND MARY BENNETT
8716 VICTORIA ROAD
SPRINGFIELD VA 22151

CONCORA CREDIT
PO BOX 4477
BEAVERTON OR 97076-4477

COOK CRAIG FRANCUZENKO
3050 CHAIN BRIDGE ROAD SUITE 200
FAIRFAX VA 22030

CREDIT ONE
PO BOX 60500
CITY OF LNDUSTRY CA 91716-0500

CREDIT ONE
PO BOX 98873
LAS VEGAS NV 89193-8873

DEBT RECOVERY SOLUTIONS
PO BOX 9003
SYOSSET NY 11791

DISCOVER BANK
PO BOX 30939
SALT LAKE CITY UT 84130

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

EAN SERVICES LLC
PO BOX 402345
ATLANTA GA 30384-2345

ENTERPRISE RENT-A-CAR
PO BOX 402345
ATLANTA GA 30384-2345

FAIRFAX COUNTY GENERAL DISTRICT
4110 CHAIN BRIDGE ROAD
FAIRFAX VA 22030

HARRIS & HARRIS OF ILLINOIS LTD
111 WEST JACKSON BOULEVARD SUITE 650
CHICAGO IL 60604-3589

INDEBTED FOR KLARNA
PO BOX 1201
FARMINGTON MO 63640

INOVA FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 1148
ELKHART IN 46516-1148

KLARNA INC
ATTN: BANKRUPTCY
PO BOX 8116
COLUMBUS OH 43201-0116

LVNV FUNDING LLC
C/O RESURGENT CAPITAL SERVICES
PO BOX 1269
GREENVILLE SC 29603

LOUDOUN COUNTY CIRCUIT COURT
18 E MARKET STREET
LEESBURG VA 20178

MIDLAND CREDIT MANAGEMENT
350 CAMINO DE LA REINA SUITE 100
SAN DIEGO CA 92108

NCC
PO BOX 9156
ALEXANDRIA VA 22304

PATIENT FIRST
PO BOX 718941
PHILADELPHIA PA 19171-8941

PAYPAL CREDIT
PO BOX 5138
TIMONIUM MD 21094

PROFESSIONAL DEBT MEDIATION
8657 BAYPINE ROAD SUITE 201
JACKSONVILLE FL 32256

PROSPER MARKETPLACE
221 MAIN STREET SUITE 300
SAN FRANCISCO CA 94105-1909

RECEIVABLES MANAGEMENT SYSTEMS
PO BOX 73810
NORTH CHESTERFIELD VA 23235-804

SADDLE RIDGE APARTMENTS
20070 COLTSFOOT TER
ASHBURN VA 2014 7

SYNCB/CARE CREDIT
PO BOX 965036
ORLANDO FL 32896-5036

WASHINGTON DC CCU
PO BOX 96934
WASHINGTON DC 20090

MATTHEW W CHENEY
OFFICE OF THE US TRUSTEE – REGION 4
1725 DUKE STREET SUITE 650
ALEXANDRIA VA 22314-3489

UNITED STATES BANKRUPTCY COURT
200 SOUTH WASHINGTON STREET
ALEXANDRIA VA 22314-5405

LAURA SHABNAM JAVAD
1645 INTERNATIONAL DRIVE, APT 312
MCLEAN VA 22102