<u>Notice of Undeliverable Mail to Debtor</u>

March 19, 2025

FILED
FRONT COUNTER

2025 APR 15 AM 11:45

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

From: United States Bankruptcy Court, Eastern District of Virginia

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Laura Shabnam Javad, Case Number 25-10509, KHK

TO THE DEBTOR:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

---

Undeliverable Address:
Alacrity Collections Corporation
P.O. Box586
Riva, MD 21140-0586

Role type/cr id: 16662829
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

9725 Windermere BLVD.
Fishers, IN. 46037

Undeliverable Address:
Loudoun County Circuit Court

1

000331    5770400033105


18 E Market Street
Leesburg, VA 20178

Role type/cr id: 16662845
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 2 CHURCH ST NE, LEESBURG VA 20176-2359 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

_Loudon County Circuit Court_
_18 East Market St. Leesburg, VA. 20176_

_Laura Javed_                                              04/07/25
Signature of Debtor or Debtor's Attorney                   Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**