UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re<br><br>   LAURA SHABNAM JAVAD,<br><br>               Debtor.<br>_____ | Case No. **25-10509-KHK**<br><br>Chapter 7 |
| CHARLES E. BENNETT and<br>MARY BENNETT,<br><br>   Movants,<br><br>v.<br><br>LAURA SHABNAM JAVAD,<br><br>and<br><br>DONALD F. KING, Trustee<br><br>   Respondents.<br>_____ | |

ORDER GRANTING RELIEF FROM AUTOMATIC STAY

    Upon consideration of the Motion of Charles and Mary Bennett for relief from the automatic stay (Docket #20), after proper service thereof, the Trustee having consented as indicated by the endorsement below, and there being no response from the Debtor, it is hereby

    ORDERED that the automatic stay imposed by 11 U.S.C. §362(a) is modified to permit the movants and/or their successors and assigns to pursue their rights pursuant to the terms of the

_____
Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Movants

parties' lease and Virginia law, to include the institution or continuation of Unlawful Detainer proceedings and/or any and all other steps necessary to obtain possession of the Property at 1645 International Drive, Apartment 312, McLean (Fairfax County) VA 22102.

DONE at Alexandria, Virginia, this ___ day of _____, 2025.

Apr 17 2025

/s/ Klinette H Kindred
_____
United States Bankruptcy Judge

Entered On Docket: April 18, 2025

I ASK FOR THIS:

/s/Daniel M. Press_____
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Movant

SEEN AND NO OBJECTION:

/s/ Donald F. King_____ _____
Donald F. King, Trustee

Copies to:
Debtor
Counsel for Movants
Trustee

**Local Rule 9022-1 Certification**

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Daniel M. Press_____