UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| LAURA SHABNAM JAVAD, | ) | |
| | ) | Case No. **25-10509-KHK** |
| Debtor. | ) | |
| _____ | ) | Chapter 7 |
| | ) | |
| CHARLES E. BENNETT and | ) | |
| MARY BENNETT, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LAURA SHABNAM JAVAD, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DONALD F. KING, Trustee | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon consideration of the Motion of Charles and Mary Bennett for relief from the

automatic stay (Docket #20), after proper service thereof, the Trustee having consented as

indicated by the endorsement below, and there being no response from the Debtor, it is hereby

ORDERED that the automatic stay imposed by 11 U.S.C. §362(a) is modified to permit

the movants and/or their successors and assigns to pursue their rights pursuant to the terms of the

_____
Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Movants

parties' lease and Virginia law, to include the institution or continuation of Unlawful Detainer

proceedings and/or any and all other steps necessary to obtain possession of the Property at 1645

International Drive, Apartment 312, McLean  (Fairfax County) VA 22102.

DONE at Alexandria, Virginia, this ___day of _____, 2025.

Apr 17 2025

/s/ Klinette H Kindred

_____
United States Bankruptcy Judge

I ASK FOR THIS:

Entered On Docket: April 18, 2025

_/s/Daniel M. Press_____ ___
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Movant

SEEN AND NO OBJECTION:

/s/ Donald F. King_____ _____
Donald F. King, Trustee

Copies to:
Debtor
Counsel for Movants
Trustee

**Local Rule 9022-1 Certification**

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed
by or served upon all necessary parties.

/s/ Daniel M. Press_____

2

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                 Case No. 25-10509-KHK
Laura Shabnam Javad                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                          User: Elizabeth                          Page 1 of 1
Date Rcvd: Apr 18, 2025                        Form ID: pdford1                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

**Recip ID              Recipient Name and Address**
db                   +  Laura Shabnam Javad, 1645 International Drive., Apt 312, Mclean, Va 22102-4821

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Creditor Charles E Bennett dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Creditor Mary Bennett dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Donald F. King | Kingtrustee@ofplaw.com  va50@ecfcbis.com;tiarra.long@ofplaw.com |
| Donald F. King | on behalf of Trustee Donald F. King Kingtrustee@ofplaw.com  va50@ecfcbis.com;tiarra.long@ofplaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 5