Certificate Number: 03088-VAE-DE-039656978

Bankruptcy Case Number: 25-10509



03088-VAE-DE-039656978

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 13, 2025, at 2:55 o'clock PM CDT, Laura Shabnam Javad completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:  May 13, 2025

By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor