# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   25−10509−KHK
**Chapter**   7
**Judge**   Klinette H. Kindred

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Laura Shabnam Javad
 1645 International Drive.
Apt 312
Mclean, Va 22102

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−6190

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF HEARING

A

*34* − Reaffirmation Cover Sheet and Reaffirmation Agreement with CARMAX AUTO FINANCE filed by Philip L. Rubin of Lefkoff, Rubin, Gleason, Russo & Smith, P.C. on behalf of Carmax Auto Finance.(Rubin, Philip)

  has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**  July 15, 2025          **Time:**  11:00 AM

**Location:**

Judge Kindred's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 South Washington St., Courtroom III, Alexandria, VA 22314

Dated:  May 29, 2025                              For the Court,

                                                  Charri S Stewart, Clerk
[VAN022BKAPvDec2009.jsp]                          United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 25-10509-KHK

Laura Shabnam Javad   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: JillGlenn     Page 1 of 2

Date Rcvd: May 29, 2025     Form ID: VAN022     Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura Shabnam Javad, 1645 International Drive., Apt 312, Mclean, Va 22102-4821 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16662833 | Email/Text: CAF_Bankruptcy_Department@carmax.com | May 30 2025 01:06:00 | Carmax Auto Finance, 225 Chastain Meadows Court,, Suite 210 Kennesaw, GA 30144 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 31, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Creditor Charles E Bennett dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Creditor Mary Bennett dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Donald F. King | Kingtrustee@ofplaw.com va50@ecfcbis.com;tiarra.long@ofplaw.com |
| Donald F. King | on behalf of Trustee Donald F. King Kingtrustee@ofplaw.com va50@ecfcbis.com;tiarra.long@ofplaw.com |

| District/off: 0422-9 | User: JillGlenn | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: May 29, 2025 | Form ID: VAN022 | Total Noticed: 2 |

Matthew W. Cheney      ustpregion04.ax.ecf@usdoj.gov

TOTAL: 5