# United States Bankruptcy Court
## Eastern District of Virginia

In re: Laura Shabnam Javad

Case No. 25-10509-KHK

Debtor(s)

Chapter 7

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) Laura Shabnam Javad filed a motion for approval of reaffirmation agreement on 05/27/2025 made between the debtor(s) and the creditor CARMAX AUTO FINANCE.

(*If applicable*) The court held the hearing required by 11 U.S.C. § 524(d) or § 524(m), on notice to the debtor(s) and the creditor on 07/15/2025.

COURT ORDER:

☐ The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court reviewed the presumption of undue hardship and does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

☑ The court does not approve the reaffirmation agreement.

☐ Sets the matter for a hearing on _____, to be held at _____.

☐ Upon review of the reaffirmation agreement, the Court finds that no action or hearing on the reaffirmation agreement is necessary or warranted.

☐

BY THE COURT

Date: Jul 17 2025

/s/ Klinette H Kindred
*United States Bankruptcy Judge*

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: Jul 17 2025

[2400Cedva ver. 10/23]