# United States Bankruptcy Court
## Eastern District of Virginia

In re  Laura Shabnam Javad                                      Case No.   25-10509-KHK

                    Debtor(s)                                    Chapter    7

### ORDER ON REAFFIRMATION AGREEMENT

The debtor(s)  Laura Shabnam Javad                              filed
                    (Name(s) of debtor(s))
a motion for approval of reaffirmation agreement    on    05/27/2025
                                                           (Date filed)
made between the debtor(s) and the creditor  CARMAX AUTO FINANCE                        .
                                                (Name of creditor)

(*If applicable*) The court held the hearing required by 11 U.S.C. § 524(d) or § 524(m), on notice to the

debtor(s) and the creditor on    07/15/2025    .
                                    (Date)

COURT ORDER:   ☐  The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court reviewed the presumption of undue hardship and does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

☑ The court does not approve the reaffirmation agreement.

☐ Sets the matter for a hearing on _____, to be held at _____.

☐ Upon review of the reaffirmation agreement, the Court finds that no action or hearing on the reaffirmation agreement is necessary or warranted.

☐

BY THE COURT

Date:  Jul 17 2025                       /s/ Klinette H Kindred
                                         *United States Bankruptcy Judge*

                                         NOTICE OF JUDGMENT OR ORDER
                                         ENTERED ON DOCKET:  Jul 17 2025

[2400Cedva ver. 10/23]

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 25-10509-KHK

Laura Shabnam Javad  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 | User: JillGlenn | Page 1 of 2
Date Rcvd: Jul 17, 2025 | Form ID: pdford9 | Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura Shabnam Javad, 1645 International Drive., Apt 312, Mclean, Va 22102-4821 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16662833 | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 18 2025 00:59:00 | Carmax Auto Finance, 225 Chastain Meadows Court,, Suite 210 Kennesaw, GA 30144 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 19, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Creditor Charles E Bennett dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Creditor Mary Bennett dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Donald F. King | Kingtrustee@ofplaw.com va50@ecfcbis.com;tiarra.long@ofplaw.com |
| Donald F. King | on behalf of Trustee Donald F. King Kingtrustee@ofplaw.com va50@ecfcbis.com;tiarra.long@ofplaw.com |

District/off: 0422-9 User: JillGlenn Page 2 of 2
Date Rcvd: Jul 17, 2025 Form ID: pdford9 Total Noticed: 2

Matthew W. Cheney
                        ustpregion04.ax.ecf@usdoj.gov

TOTAL: 5