**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Laura Shabnam Javad<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–6190<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Virginia | |
| Case number: | 25–10509–KHK | |

## Discharge of Debtor                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Laura Shabnam Javad

<u>August 5, 2025</u>                                                      **For the court:**       <u>Charri S Stewart</u>
                                                                                                                    Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-10509-KHK |
| Laura Shabnam Javad | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TatianaLa | Page 1 of 3 |
| Date Rcvd: Aug 05, 2025 | Form ID: 318 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura Shabnam Javad, 1645 International Drive., Apt 312, Mclean, Va 22102-4821 |
| 16665487 | + | Adjudication Services, P.O. Box 2014, Washington, DC 20013-2014 |
| 16662829 | + | Alacrity Collections Corporation, 9725 Windermere Blvd., Fisher, IN 46037-9015 |
| 16662834 | + | Charles and Mary Bennett, 8716 Victoria Road, Springfield, VA 22151-1219 |
| 16662836 | + | Cook, Craig, Francuzenko, 3050 Chain Bridge Road,, Suite 200 Fairfax, VA 22030-2843 |
| 16662843 | | EAN Services, LLC, P.O. Box 402345, Atlanta, GA 30384-2345 |
| 16665485 | + | Indebted for Klarna, P.O. Box 1201, Farmington, MO 63640-4128 |
| 16662849 | + | L VNV Funding LLC C/O, Resurgent Capital Services, P.O. Box 1269, Greenville, SC 29602-1269 |
| 16662877 | + | Saddle Ridge Apartments, 20070 Coltsfoot Ter, Ashburn, VA 20147-2300 |
| 16662878 | + | Washington DC CCU, P.O. Box 96934, Washington, DC 20090-6934 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: BankruptcyNotices@lrglaw.com | Aug 06 2025 01:15:00 | Philip L. Rubin, Lefkoff, Rubin, Gleason, Russo & Smith,, 5555 Glenridge Connector, Suite 900, Atlanta, GA 30342-4762 |
| tr | + | EDI: BDFKING | Aug 06 2025 04:50:00 | Donald F. King, 1775 Wiehle Avenue, Suite 400, Reston, VA 20190-5159 |
| 16662828 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 06 2025 01:17:36 | Affirm Inc., 650 California St. FL 12, San Francisco, CA 94108-2716 |
| 16662831 | | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 06 2025 01:17:34 | Best Egg, P.O. Box 3999, St. Joseph, MO 64503-0999 |
| 16662830 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 06 2025 01:18:34 | Best Egg, P.O. Box 42912, Philadelphia, PA 19101-2912 |
| 16662833 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 06 2025 01:15:00 | Carmax Auto Finance, 225 Chastain Meadows Court,, Suite 210 Kennesaw, GA 30144 |
| 16662832 | + | EDI: CAPITALONE.COM | Aug 06 2025 04:50:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 16662835 | + | EDI: PHINGENESIS | Aug 06 2025 04:50:00 | Concora Credit, P.O. Box4477, Beaverton, OR 97076-4401 |
| 16662837 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 06 2025 01:17:19 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 16662838 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 06 2025 01:17:16 | Credit One, P.O. Box 60500, City of lndustry, CA 91716-0500 |
| 16662841 | | EDI: DISCOVER | Aug 06 2025 04:50:00 | Discover Financial Services LLC, 2500 Lake Cook |

District/off: 0422-9 User: TatianaLa Page 2 of 3
Date Rcvd: Aug 05, 2025 Form ID: 318 Total Noticed: 36

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Road, Riverwoods, IL 60015 |
| 16662839 | ^ | MEBN | Aug 06 2025 01:08:54 | Debt Recovery Solutions, P.O. Box 9003, Syosset, NY 11791-9003 |
| 16662840 | + | EDI: DISCOVER | Aug 06 2025 04:50:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 16662842 | ^ | MEBN | Aug 06 2025 01:09:13 | Enterprise Rent-A-Car, P.O. Box 402345, Atlanta, GA 30384-2345 |
| 16662844 | + | Email/Text: gdcmail2@fairfaxcounty.gov | Aug 06 2025 01:15:00 | Fairfax County General District, 4110 Chain Bridge Road, Fairfax, VA 22030-4009 |
| 16662846 | + | EDI: PHINHARRIS | Aug 06 2025 04:50:00 | Harris & Harris of Illinois, Ltd., 111 West Jackson Boulevard, Suite 650, Chicago, IL 60604-4135 |
| 16662847 | | Email/Text: Bankruptcy@inovafcu.org | Aug 06 2025 01:14:00 | Inova Federal Credit Union, P.O. Box 1148, Elkhart, IN 46516 |
| 16662848 | | Email/Text: customerservice.us@klarna.com | Aug 06 2025 01:14:00 | Klarna INC, 629 N High Street, Suite 300, Columbus, OH 43215 |
| 16662850 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2025 01:16:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 16665486 | + | Email/Text: bankruptcy@nccva.com | Aug 06 2025 01:15:00 | NCC, P.O. Box 9156, Alexandria, VA 22304-0156 |
| 16662851 | ^ | MEBN | Aug 06 2025 01:09:04 | Patient First, P.O. Box 718941, Philadelphia, PA 19171-8941 |
| 16662852 | + | EDI: SYNC | Aug 06 2025 04:50:00 | PayPal Credit, P.O. Box 5138, Timonium, MD 21094-5138 |
| 16662854 | + | Email/Text: admin@pdminc.net | Aug 06 2025 01:14:00 | Professional Debt Mediation, 8657 Baypine Road,, Suite 201 Jacksonville, FL 32256-8634 |
| 16662853 | ^ | MEBN | Aug 06 2025 01:08:05 | Prosper Marketplace, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 16662855 | + | Email/Text: joey@rmscollect.com | Aug 06 2025 01:16:00 | Receivables Management Systems, P.O. Box 73810, North Chesterfield, VA 23235-8047 |
| 16662876 | | EDI: SYNC | Aug 06 2025 04:50:00 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carmax Auto Finance |
| cr | | Charles E Bennett |
| cr | | Mary Bennett |
| aty | *+ | Donald F. King, 1775 Wiehle Avenue, Suite 400, Reston, VA 20190-5159 |
| 16662845 | ##+ | Loudoun County Circuit Court, 18 E Market Street, Leesburg, VA 20176-2828 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0422-9 | User: TatianaLa | Page 3 of 3 |
| Date Rcvd: Aug 05, 2025 | Form ID: 318 | Total Noticed: 36 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Creditor Charles E Bennett dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Creditor Mary Bennett dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Donald F. King | Kingtrustee@ofplaw.com  va50@ecfcbis.com;tiarra.long@ofplaw.com |
| Donald F. King | on behalf of Trustee Donald F. King Kingtrustee@ofplaw.com  va50@ecfcbis.com;tiarra.long@ofplaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 5