

Notice of Undeliverable Mail to Debtor

August 7, 2025

From: United States Bankruptcy Court, Eastern District of Virginia

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Laura Shabnam Javad, Case Number 25-10509, KHK

FILED
MAIL ROOM

2025 SEP -5 PM 1:48

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

TO THE DEBTOR:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

                  **United States Bankruptcy Court**
                  **200 South Washington Street**
                  **Alexandria, VA 22314**

---

Undeliverable Address:
Mary Bennett

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

*8716 Victoria Road*

*Springfield, VA. 22151*

Undeliverable Address:
Charles E Bennett

1

038465                                           7180703850302 6



Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

8716 Victoria Road
Springfield, VA. 22151

Undeliverable Address:
Carmax Auto Finance

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

225 Chastain Meadows Court, Suite 210
Kennesaw, GA. 30144

Undeliverable Address:
Loudoun County Circuit Court
18 E Market Street
Leesburg, VA 20176

Role type/cr id: 16662845
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

Loudoun County Circuit Court
18 E. Market St. Suite 3
Leesburg, VA. 20176

_Laura Javad_                                         09/01/2025
Signature of Debtor or Debtor's Attorney                Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

2

038465    71807038503026

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Laura Shabnam Javad | Social Security number or ITIN | xxx-xx-6190 |
| | First Name  Middle Name  Last Name | EIN | __-_____ |
| Debtor 2 (Spouse, If filing) | First Name  Middle Name  Last Name | Social Security number or ITIN EIN | ____ __-_____ |
| United States Bankruptcy Court | Eastern District of Virginia | | |
| Case number: | 25-10509-KHK | | |

## Discharge of Debtor

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Laura Shabnam Javad

August 5, 2025                              **For the court:**    Charri S Stewart
                                                                   Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

---

Official Form 318                    **Discharge of Debtor**                    page 1